UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MONROE BOWDEN, <br><br> Petitioner, <br><br> v. <br><br> GEORGE JAIME, <br><br> Respondent. | Case No. LACV 20-8894-VBF (LAL) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Motion to Dismiss, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered dismissing the Petition with prejudice as barred by the statute of limitations; and
3. The Clerk serve copies of this Order on the parties.

DATED: September 28, 2021                            /s/ Valerie Baker Fairbank
                                                                    _____
                                                                    HON. VALERIE BAKER FAIRBANK
                                                                    UNITED STATES DISTRICT JUDGE