JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MONROE BOWDEN,<br><br>　　　　　　　　Petitioner,<br><br>　　　v.<br><br>GEORGE JAIME,<br><br>　　　　　　　　Respondent. | Case No. LACV 20-8894-VBF (LAL)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 28, 2021　　　　　　　　　　/s/ Valerie Baker Fairbank

　　　　　　　　　　　　　　　　　　　　　　HON. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE